500

George White THUNDER, Appellant, v. UNITED STATES of America.

No. 12778.

Circuit Court of Appeals, Eighth Circuit.

Dec. 2, 1943.

George White Thunder, pro se.

PER CURIAM.

Leave to appellant to proceed in forma pauperis denied.

George White THUNDER v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 2787.

Circuit Court of Appeals, Tenth Circuit.

Jan. 6, 1944.

Charles J. Kelly, of Denver, Colo., for appellant.

George H. West, U. S. Atty., of Topeka, Kan., for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Judgment reversed and cause remanded without written opinion.

UNITED STATES of America, Appellant, v. 464.66 ACRES OF LAND, More or Less, IN HEEIA, MOKAPU PENINSULA, OAHU, TERRITORY OF HAWAII, the Bishop Company, Limited, et al., Appellees.

No. 10703.

Circuit Court of Appeals, Ninth Circuit.

March 10, 1944.

Norman M. Littell, Asst. Atty. Gen., for appellant.

Before WILBUR, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of appellant to dismiss appeal herein and good cause therefor appearing, it is ordered that the motion to dismiss appeal in this cause as to Parcels No. 96, 102, 103, 120, 121, 124 and 141 be, and hereby is granted, that the appeal herein be dismissed, that a decree be filed and entered accordingly and the mandate of this court issued forthwith.

UNITED STATES of America, Appellant, v. W. D. FITE.

No. 12765.

Circuit Court of Appeals, Eighth Circuit.

Jan. 13, 1944.

Maurice M. Milligan, U. S. Atty., and Thomas A. Costolow, Asst. U. S. Atty., both of Kansas City, Mo., for appellant.

Dupuy G. Warrick, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without the taxation of costs in favor of either of the parties in this Court, on motion of appellant and consent of appellee.

UNITED STATES of America, Appellant, v. James A. WARD, III.

No. 12807.

Circuit Court of Appeals, Eighth Circuit.

Jan. 5, 1944.

Nelson H. Sadler, Asst. U. S. Atty., of Fort Smith, Ark., for appellant.

Harry P. Daily, of Fort Smith, Ark., for appellee.